1
2
3
4            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6                 SAN JOSE DIVISION
7
8

United States District Court
Northern District of California

9    JIMMY K. LEE,                          Case Nos.  5:25-cv-03127 NC

10              Plaintiff,                  **SUA SPONTE JUDICIAL
                                            REFERRAL FOR PURPOSE OF**
11         v.                               **DETERMINING RELATIONSHIP**

12   CITY OF SAN JOSE,

13              Defendant.

14

15         In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

16   above captioned case is referred to the Honorable Eumi K. Lee for consideration of

17   whether the case is related to 5:24-cv-03278 EKL, *Jimmy K. Lee v. Jose Segura.*

18

19         **IT IS SO ORDERED.**

20   Dated: April 8, 2025                   _____

21                                          NATHANAEL M. COUSINS
                                            United States Magistrate Judge
22
23
24
25
26
27
28

Case No. 25-cv-03127 NC
SUA SPONTE JUDICIAL REFERRAL